**David Allen SMITH, Plaintiff— Appellant,**

v.

**WHITEHALL ASSET MANAGEMENT CORP.; et al., Defendants— Appellees.**

No. 01–35591.

D.C. No. CV–01–03019–CO.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 25, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

David Allen Smith appeals pro se the district court's judgment dismissing pursuant to 28 U.S.C. § 1915(e)(2)(B) his complaint alleging that his apartment manager violated his constitutional rights by verbally harassing and abusing him. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Smith's action for failure to state a claim because Smith did not allege that defendants acted under color of state or federal authority. *See Lopez v. Dep't of Health Servs.*, 939 F.2d 881, 883 (9th Cir.1991) (per curiam) (section 1983 claim); *Morse v. N. Coast Opportunities, Inc.*, 118 F.3d 1338, 1343 (9th Cir.1997) (*Bivens* claim).

Because the record reveals that Smith's complaint could not be cured by amendment, the district court did not abuse its discretion by dismissing Smith's complaint without leave to amend. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir.2000) (en banc).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.